UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA, ex rel.,
DARLENE EHRHART and FORREST
BORCHARDT,

      Plaintiff/Relators,

v.                                  Case No. 2:16-cv-618-JLB-MRM

KMH CARDIOLOGY CENTRES, INC., d/b/a
KHM CARDIOLOGY AND DIAGNOSTIC
CENTRES, et al.,

      Defendants.
_____/

**ORDER**

      The United States has intervened in this False Claims Act case, 31 U.S.C. §§ 3729–33, to settle with Defendant Advanced Imaging of Port Charlotte, LLC. The United States has chosen not to intervene against the remaining Defendants. It is **ORDERED** that, **no later than March 22, 2021**, Relators **SHALL** either: (a) voluntarily dismiss their claims against the remaining Defendants; or (b) indicate whether they intend to proceed with this action.

      **ORDERED** in Fort Myers, Florida, on March 15, 2021.

*[signature]*

JOHN L. BADALAMENTI
UNITED STATES DISTRICT JUDGE